# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| DOW AGROSCIENCES LLC, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *  Civil Action No. AW-09-824 |
| | * |
| NATIONAL MARINE FISHERIES | * |
| SERVICE, *et al.*, | * |
| | * |
| Defendants. | * |

## SCHEDULING ORDER

Upon consideration of Plaintiffs' Motion to Expedite Disposition (Docket No. 4), Defendants' Response thereto, and Plaintiffs' Reply, and after conference with counsel for the parties, IT IS this **4th day of May, 2009**, by the United States District Court for the District of Maryland, hereby **ORDERED**:

1. That Plaintiffs' Motion to Expedite Disposition (Docket No. 4) is GRANTED;

2. That the following schedule is established for this case:

    a. Defendants' shall answer Plaintiffs' complaint or file a motion to dismiss by June 8, 2009.

    b. If Defendants file a motion to dismiss, the parties shall comply with the deadlines set forth in the local rules for opposition and reply briefs.

    c. Oral argument on the motion to dismiss, if any, shall be set as promptly as possible after completion of briefing as is convenient for the Court.

    d. Defendants shall file the administrative record with the Court on or before August 3, 2009

    e. Plaintiffs' motion for summary judgment is due on or before August 25, 2009. Defendants may file a motion to stay summary judgment briefing if the Court has not ruled on their motion to dismiss. Plaintiffs shall have five days to respond to such motion.

- f. If the case has not been dismissed as a result of a motion filed by Defendants, or a motion to stay briefing has not been entered by the Court:
    - (1) Defendants shall file a combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment by September 18, 2009;
    - (2) Plaintiffs shall file a combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment by October 2, 2009; and
    - (2) Defendants will file a reply in support of their cross-motion for summary judgment by October 16, 2009.
- g. Oral argument on the cross-motions for summary judgment, if any, will be scheduled as promptly as possible after completion of briefing as is convenient for the Court.

_____
Alexander Williams, Jr.
United States District Judge