IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| DOW AGROSCIENCES LLC, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES <br> SERVICE, *et al.*, <br> Defendants <br> and <br><br> NORTHWEST CENTER FOR <br> ALTERNATIVES TO PESTICIDES <br> P.O Box 1393 <br> Eugene, OR 97440 <br><br> PACIFIC COAST FEDERATION OF <br> FISHERMEN'S ASSOCIATIONS <br> P.O. Box 11170 <br> Eugene, OR 97440-3370 <br><br> INSTITUTE FOR FISHERIES <br> RESOURCES <br> Eugene, OR 97440-3370 <br><br> DEFENDERS OF WILDLIFE <br> 1130 – 17th Street, N.W. <br> Washington, D.C. 20036 <br> Defendant-Intervenors | Civil Action No. 09-cv-00824-AW |

## **ORDER**

On February 21, 2013, the Court of Appeals for the Fourth Circuit issued an opinion which reversed the judgment of the district court and vacated the biological opinion (BiOp) issued by the National Marine Fisheries Service to the Environmental Protection Agency. Doc.

No. 86. The Fourth Circuit remanded the case to this Court with instructions to remand the case to the Fisheries Service. *Id.* The mandate took effect on April 15, 2013. Doc. No. 87. On May 30, 2013, the parties submitted a status report indicating that they will not seek further appellate review in this case. Accordingly, it is, this **30st day of May, 2013**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1) This case shall be **REMANDED** to the National Marine Fisheries Service for further proceedings consistent with the Fourth Circuit's February 21, 2013 Opinion; and
2) The Clerk shall transmit a copy of this Order to all counsel of record.

                                                      /s/
                                      Alexander Williams, Jr.
                                      UNITED STATES DISTRICT JUDGE